UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEANTHONY LEON PALMER<br><br>                  Plaintiff,<br><br>   v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>                  Defendant. | CASE NO. **2:25-cv-01223-JLR**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 3** |

The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 3) under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 3rd day of July, 2025.

                                          BRIAN A. TSUCHIDA
                                          United States Magistrate Judge