UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEANTHONY LEON PALMER, | CASE NO. C25-1223JLR |
| Plaintiff, | ORDER |
| v. | |
| NAVY FEDERAL CREDIT UNION, | |
| Defendant. | |

Before the court is Plaintiff Leanthony Leon Palmer's request for the United States Marshals Service to serve the summons and complaint on Defendant Navy Federal Credit Union. (Mot. (Dkt. # 10).) Mr. Palmer proceeds *pro se* and *in forma pauperis* ("IFP"). (*See* Order Granting IFP Status (Dkt. # 4).) Upon an IFP plaintiff's request, "the officers of the court shall issue and serve all process." 28 U.S.C. § 1915(d). Federal Rule of Civil Procedure 4(c)(3) further provides, "[a]t the plaintiff's request the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to

ORDER - 1

proceed in forma pauperis." Fed. R. Civ. P. 4(c)(3); *see also Boudette v. Barnette,* 923 F.2d 754, 757 (9th Cir. 1991) ("[A]n IFP plaintiff must request service of the summons and complaint by court officers before the officers will be responsible for effecting such service.").

Accordingly, pursuant to Rule 4(c)(3), the court GRANTS Mr. Palmer's request (Dkt. # 10) and ORDERS as follows:

1) Mr. Palmer shall file a proposed summons with Defendant's name and address by no later than **March 13, 2026**. *See* Local Rules W.D. Wash. LCR 4(a) ("It is the obligation of a party seeking the issuance of a summons by the clerk to present the summons to the clerk in the proper form, prepared for issuance, with sufficient copies for service[.]"). The summons form is available at https://www.uscourts.gov/sites/default/files/ao440.pdf.

2) Once Mr. Palmer has provided the summons, the Clerk shall provide a copy of this order, the issued summons, and the complaint (Dkt. # 5), to the United States marshal or deputy marshal by no later than **March 18, 2026**;

3) The deadline to effect service is EXTENDED to **April 18, 2026**; and

4) The United States marshal or deputy marshal shall serve Defendant Navy Federal Credit Union with the applicable summons and complaint by no later than **April 18, 2026**.

Dated this 19th day of February, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2