UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEANTHONY LEON PALMER, | CASE NO. C25-1223JLR |
| Plaintiff, | ORDER |
| v. | |
| NAVY FEDERAL CREDIT UNION, | |
| Defendant. | |

Before the court is *pro se* Plaintiff Leanthony Leon Palmer's request for a copy of all of his filings in this action. (Mot. (Dkt. # 14).) Mr. Palmer states that he "has no way of accessing any copies of the complaint [he] has filed" because he is currently incarcerated at the Federal Detention Center in SeaTac, Washington. (*Id*.)

//

//

//

//

ORDER - 1

The court GRANTS Mr. Palmer's request (Dkt. # 14) and ORDERS the Clerk to mail

Mr. Palmer a copy of all of his filings in this action by no later than **March 23, 2026.**

Dated this 17th day of March, 2026.

_____

JAMES L. ROBART
United States District Judge

ORDER - 2