UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LE'ANTHONY LEON PALMER,

                Plaintiff,

     v.

NAVY FEDERAL CREDIT UNION,

                Defendant.

CASE NO. C25-1223JLR

ORDER

Before the court is *pro se* Plaintiff Le'Anthony Leon Palmer's letter dated March 25, 2026, petitioning the court to enter judgment by default against Defendant Navy Federal Credit Union ("Navy Federal"). (3/27/26 Ltr. (Dkt. #16).) Mr. Palmer asserts that the United States Marshals Service served the summons and complaint on Navy Federal on March 3, 2026, and that Navy Federal failed to respond by the deadline. (*Id*.) Mr. Palmer, however, is mistaken. First, the record does not show that the marshal or deputy marshal completed service on Navy Federal. (*See generally* Dkt.) Rather, it shows that on March 3, 2026, the Clerk delivered a copy of the summons and complaint to the Service. (*See* 3/3/26 Dkt. Entry (Dkt. # 13).) Furthermore, in its February 19,

ORDER - 1

2026 Order, the court extended the deadline for the marshal or deputy marshal to effect service on Navy Federal until April 18, 2026.  (*See* 2/19/26 Order (Dkt. # 11).) Therefore, as the time to serve Navy Federal has not passed, the court DENIES the motion as moot.

Dated this 31st day of March, 2026.

The Honorable James L. Robart
United States District Judge

ORDER - 2