HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

LEANTHONY LEON PALMER,

Plaintiff,

v.

NAVY FEDERAL CREDIT UNION,

Defendant.

Case No. 2:25-cv-01223-JLR

**DEFENDANT'S MOTION TO EXTEND CERTAIN PRE-TRIAL DEADLINES AND ~~PROPOSED~~ ORDER**

**NOTE ON MOTION CALENDAR:**

**JUNE 5, 2026**

Defendant Navy Federal Credit Union ("Navy Federal") respectfully requests a 60-day extension of the current pretrial deadlines. Good cause exists because Plaintiff Leanthony Leon Palmer ("Plaintiff") is currently incarcerated and, based on information communicated to Navy Federal, is presently unavailable to participate in the parties' Rule 26(f) conference and related case-planning obligations. Although Navy Federal has been advised through Plaintiff's girlfriend, who has been assisting with coordination, that Plaintiff does not oppose an extension, Navy Federal has not been able to obtain Plaintiff's direct confirmation because Plaintiff is currently unavailable. As a result, the parties are unable to complete the Rule 26(f) conference, exchange initial disclosures, and submit the Joint Status Report and Discovery Plan by the current deadlines.

DEFENDANT'S MOTION TO EXTEND
CERTAIN PRE-TRIAL DEADLINES
AND ~~PROPOSED~~ ORDER - 1
2:25-CV-01223-JLR

Hence, in the interest of judicial efficiency and fairness to all parties, Navy Federal respectfully requests a 60-day extension of the pre-trial deadlines as follows:

| Pre-trial event | Current Deadline | Proposed Deadline |
|---|---|---|
| FRCP 26(f) Conference | May 22, 2026 | July 21, 2026 |
| Initial Disclosures | June 5, 2026 | August 4, 2026 |
| Joint Status Report and Discovery Plan | June 12, 2026 | August 11, 2026 |

I certify that this memorandum contains 139 words, in compliance with the Local Civil Rules.

Dated: May 22, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By:  *s/ Zackary A. Paal*
    Zackary A. Paal, WSBA No. 45077

Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone:(206) 695-5100
zpaal@grsm.com
seaservice@grsm.com
*Attorneys for Defendant*

DEFENDANT'S MOTION TO EXTEND
CERTAIN PRE-TRIAL DEADLINES
AND ~~PROPOSED~~ ORDER - 2
2:25-CV-01223-JLR

GORDON REES SCULLY MANSUKHANI, LLP
Attorneys at Law
701 5th Avenue, Suite 2100
Seattle, Washington  98104
(206) 695-5100

# ORDER

Having considered the Defendant's Motion to Extend Certain Pre-Trial Deadlines, the Court hereby ORDERS as follows:

1.     The Defendant's Motion is GRANTED and ACCEPTED by the Court.

2.     The pre-trial deadlines are extended as outlined above.

IT IS SO ORDERED.

DATED this 22nd day of _____May_____, 2026.

_____

JAMES L. ROBART
United States District Court Judge

*Presented by:*

GORDON REES SCULLY
MANSUKHANI, LLP


By: *s/ Zackary A. Paal*
     Zackary A. Paal, WSBA #45077
     *Attorneys for Defendant Navy Federal Credit Union*

DEFENDANT'S MOTION TO EXTEND
CERTAIN PRE-TRIAL DEADLINES
AND ~~PROPOSED~~ ORDER - 3
2:25-CV-01223-JLR

GORDON REES SCULLY MANSUKHANI, LLP
Attorneys at Law
701 5th Avenue, Suite 2100
Seattle, Washington  98104
(206) 695-5100

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent to the parties listed below via U.S. Mail.

Leanthony Leon Palmer
24268506
FEDERAL DETENTION CENTER-SEATAC
PO BOX 13900
SEATTLE, WA 98198

DATED this 22nd day of May, 2026.

*s/ Leslie Boulanger*
Leslie Boulanger

DEFENDANT'S MOTION TO EXTEND
CERTAIN PRE-TRIAL DEADLINES
AND ~~PROPOSED~~ ORDER - 4
2:25-CV-01223-JLR

GORDON REES SCULLY MANSUKHANI, LLP
Attorneys at Law
701 5th Avenue, Suite 2100
Seattle, Washington  98104
(206) 695-5100